**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Peak Custom Fabrication, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-2972057** |

4. **Debtor's address**

**Principal place of business**

**155 Sutton Lane**
**Colorado Springs, CO 80907**
Number, Street, City, State & ZIP Code

**El Paso**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.peakcustomfab.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Peak Custom Fabrication, Inc.**                                    Case number (*if known*) _____
           Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __2381__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor **Peak Custom Fabrication, Inc.**
Name

Case number (*if known*)

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor

District            When

Relationship

Case number, if known

---

**11.** **Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency

Contact name

Phone

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**            .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor     **Peak Custom Fabrication, Inc.**                                          Case number (*if known*)
                Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Peak Custom Fabrication, Inc.**                         Case number (*if known*) _____
         _____
         Name

| |
|---|
| **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 21, 2021**
              MM / DD / YYYY

**X** **/s/ Nick Gomes**                              **Nick Gomes**
_____              _____
Signature of authorized representative of debtor   Printed name

Title   **CEO**
        _____

**18. Signature of attorney**

**X** **/s/ Keri L. Riley**                   Date **October 21, 2021**
_____              MM / DD / YYYY
Signature of attorney for debtor

**Keri L. Riley 47605**
_____
Printed name

**Kutner Brinen Dickey Riley, P.C.**
_____
Firm name

**1660 Lincoln Street, Suite 1720**
**Denver, CO 80264**
_____
Number, Street, City, State & ZIP Code

Contact phone  **303-832-2400**      Email address  **klr@kutnerlaw.com**

**47605 CO**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Peak Custom Fabrication, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 21, 2021**    X **/s/ Nick Gomes**
                                                 Signature of individual signing on behalf of debtor

                                                 **Nick Gomes**
                                                 Printed name

                                                 **CEO**
                                                 Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Peak Custom Fabrication, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ANB Bank<br>15 West Cimarron Street<br>ATTN: Scott McBride<br>Colorado Springs, CO 80903** | | **PPP Loan** | | | | $493,610.00 |
| **Nicholas  and Anjanette Gomes<br>5458 E. County Road 1100N<br>Lamar, IN 47550** | | **Loan to Company for Repayment of Integrity Bank Loan** | | | | $403,000.00 |
| **Integrity Bank and Trust<br>1275 Village Ridge Point<br>ATTN: Toby Roark<br>Colorado Springs, CO 80132** | | **PPP Loan** | | | | $395,635.00 |
| **SNS Iron Works, Inc.<br>3770 Puritan Way Suite B<br>ATTN: Marie Ferraro<br>Erie, CO 80516** | | **Supplier** | | | | $310,753.00 |
| **Winslow Crane Service Co.<br>301 West 60th Place<br>ATTN: Nicole Boesch<br>Denver, CO 80216** | | | | | | $275,139.74 |
| **Intsel Steel West<br>8573 Ulster Street<br>ATTN: Theresa Eloriaga<br>Henderson, CO 80640** | | **Supplier** | | | | $185,734.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Peak Custom Fabrication, Inc.**
　　　　 Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cutting Edge Steel<br>101 Miller Drive<br>ATTN: Kelly Johnson<br>Dacono, CO 80514** | | | | | | **$169,404.45** |
| **Western Steel, Inc.<br>1150 Newport Road<br>ATTN: Lisa Tisor<br>Colorado Springs, CO 80916** | | | | | | **$150,666.52** |
| **Sterling Steel Services, Inc.<br>24400 East Alameda Avenue<br>Aurora, CO 80018** | | | | | | **$58,658.46** |
| **Sunstate Equipment Co.<br>5552 East Washington Street<br>ATTN: J. Chubinsky<br>Phoenix, AZ 85034** | | | | | | **$52,490.29** |
| **Silverback Ironworks, LLC<br>P.O. Box 532<br>ATTN: Val Guereca<br>Erie, CO 80516** | | | | | | **$52,273.36** |
| **H&E Equipment Services<br>7500 Pecue Lane<br>Baton Rouge, LA 70809** | | | | | | **$51,399.13** |
| **General Air Service and Supply<br>1105 Zuni Street<br>Denver, CO 80204** | | | | | | **$50,992.16** |
| **Bill's Tool Rental<br>125 South Chestnut Street<br>Colorado Springs, CO 80905** | | | | | | **$36,779.19** |
| **Ryerson-West<br>6600 US 85<br>Commerce City, CO 80022** | | | | | | **$36,311.18** |
| **Quality Steel Services, Inc.<br>740 Cleveland Avenue<br>Suite A<br>Loveland, CO 80537** | | | | | | **$35,625.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

Debtor  **Peak Custom Fabrication, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Central Steel Service, Inc. 2764 Welborn Street Pelham, AL 35124** | | | | | | **$35,022.64** |
| **Roy Manufacturing 3113 North Mississippi Avenue Portland, OR 97227** | | | | | | **$34,760.00** |
| **L&CH Mobile Welding Services LLC 5001 Jasper Street ATTN: Lupe Chacon Denver, CO 80239** | | | | | | **$28,200.00** |
| **Colorado Steel, Inc. 4836 Van Gordon Street Wheat Ridge, CO 80033** | | | | | | **$26,103.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Peak Custom Fabrication, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................    $    **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................    $    **1,188,504.29**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................    $    **1,188,504.29**

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **642,944.62**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    **3,194,045.51**

4.   **Total liabilities** ..................................................................................
    Lines 2 + 3a + 3b      $    **3,836,990.13**

**Fill in this information to identify the case:**

Debtor name **Peak Custom Fabrication, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.  **Integrity Bank and Trust:** **Checking #5338: $2,333.82** **Payroll #6642: $30,457.72** **Deposit #6650: $38,457.72** | | | **$71,249.26** |
| 3.2.  **ANB Bank:** | **Checking** | 8583 | **$3,046.04** |
| 3.3.  **First Bank** | **Checking** | 0718 | **$341.85** |
| 4.  **Other cash equivalents** *(Identify all)* | | | |
| **Retention on Projects for work performed; Total balance is approximately $938,492.47; Retention balance does not include adjustments for doubtful or uncollectible amounts** | | | |
| 4.1.  **Retention may be subject to claims from subcontractors and material suppliers arising pursuant to CRS 38-22-127** | | | **$938,492.47** |
| **Accounts Receivable from work performed; total A/R balance is $824,710.39, of which approximately $448,000 is likely uncollectible, or collections are doubtful** | | | |
| 4.2.  **A/R may be subject to claims of subcontractors or material suppliers arising pursuant to CRS 38-22-127** | | | **Unknown** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Peak Custom Fabrication, Inc.**                    Case number *(if known)* _____
             Name

5.        **Total of Part 1.**                                                                    | $1,013,129.62 |
          Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **Office Furniture** | $0.00 | Depreciation Sch | $18,016.00 |
| 40. **Office fixtures** <br> **Office Fixtures** | $0.00 | Depreciation Sch | $24,071.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Office Equipment** | $0.00 | Depreciation Sch | $79.00 |

| Debtor | **Peak Custom Fabrication, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** $42,166.00
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   See Schedule B(47) attached | $0.00 | Depreciation Sch | $25,328.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See Schedule B(50) | $0.00 | Depreciation Sch | $60,227.00 |
|---|---|---|---|

51. **Total of Part 8.** $85,555.00
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 3

Debtor   **Peak Custom Fabrication, Inc.**   Case number *(If known)*
<br>Name

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **South Building (155 Sutton Lane, Colorado Springs, Colorado) Lease** | **Lease** | **Unknown** | **N/A** | **Unknown** |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
<br>Copy the total to line 88.

    **$0.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
<br>■ No
<br>☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
<br>■ No
<br>☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
<br>■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites**<br>**www.peakcustomfab.com - No value assigned** | **$0.00** | | **$0.00** |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations**<br>**Customer Lists - No value assigned** | **$0.00** | | **$0.00** |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

    **$0.00**

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
<br>■ No
<br>☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Peak Custom Fabrication, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No

    ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.

    ■ Yes Fill in the information below.

|  | | **Current value of debtor's interest** |
|---|---|---|
| 71.     **Notes receivable**<br>Description (include name of obligor) | | |
| 72.     **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | | |
| 73.     **Interests in insurance policies or annuities** | | |
| 74.     **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| 75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
| 76.     **Trusts, equitable or future interests in property** | | |
| 77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | | |
| **Loan - 310 Ent.** | | **$47,653.67** |

78.     **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

| | **$47,653.67** |
|---|---|

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Peak Custom Fabrication, Inc.**   Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,013,129.62 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $42,166.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $85,555.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $47,653.67 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,188,504.29 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92         $1,188,504.29

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Peak Custom Fabrication, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** | **Small Business Administration**
Creditor's Name

**Colorado District Office**
**721 19th Street, Suite 426**
**Denver, CO 80202**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**EIDL Loan secured by substantially all of the Debtor's assets**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$149,900.00**
Value of collateral: **Unknown**

---

**2.2** | **Stearns Bank**
Creditor's Name

**500 13th Street**
**P.O. Box 750**
**ATTN: Laurie Rodenwald**
**Albany, MN 56307**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$493,044.62**
Value of collateral: **Unknown**

---

Debtor   **Peak Custom Fabrication, Inc.**
_____
Name

Case number (*if known*) _____

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$642,944.62** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

**Fill in this information to identify the case:**

Debtor name **Peak Custom Fabrication, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Colorado Department of Revenue**
**1375 Sherman Street, Room 511**
**Denver, CO 80261**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Peak Custom Fabrication, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address

**A1 Steel, Inc.**
**1805 West Yampa Street**
**Colorado Springs, CO 80904**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,275.00**

---

**3.2** | Nonpriority creditor's name and mailing address

**Acme Fire & Safety Equipment Co., Inc.**
**1419 South Wahsatch Avenue**
**Colorado Springs, CO 80905**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$133.09**

---

**3.3** | Nonpriority creditor's name and mailing address

**Adept Equipment Services**
**20 Mountain View Lane**
**Colorado Springs, CO 80907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

**$5,718.67**

---

**3.4** | Nonpriority creditor's name and mailing address

**Advanced Alarm**
**3710 Sinton Road**
**Suite 210**
**Colorado Springs, CO 80907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Supplier_

Is the claim subject to offset? ☐ No  ☐ Yes

**$336.00**

---

**3.5** | Nonpriority creditor's name and mailing address

**American Welding Society**
**8669 NW 36 Street #130**
**Miami, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

**$440.00**

---

**3.6** | Nonpriority creditor's name and mailing address

**Anatomic Iron Steel Detailing**
**#301-197 Forester Street**
**North Vancouver, B.C. Canada**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

**$5,773.75**

---

**3.7** | Nonpriority creditor's name and mailing address

**ANB Bank**
**15 West Cimarron Street**
**ATTN: Scott McBride**
**Colorado Springs, CO 80903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _PPP Loan_

Is the claim subject to offset? ■ No  ☐ Yes

**$493,610.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Peak Custom Fabrication, Inc.**        Case number (if known) _____

Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,613.52 |
|---|---|---|---|

**Arnold Machinery**
**2975 West 2100 South**
**ATTN: Kathie Ward**
**Salt Lake City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,896.96 |
|---|---|---|---|

**Axis Business Technologies**
**3004 Nevada Avenue**
**Colorado Springs, CO 80907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,251.52 |
|---|---|---|---|

**Azz Galvanazing**
**4400 East 61st Avenue**
**ATTN: Libertad Salazar Tovar**
**Commerce City, CO 80022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,779.19 |
|---|---|---|---|

**Bill's Tool Rental**
**125 South Chestnut Street**
**Colorado Springs, CO 80905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,278.85 |
|---|---|---|---|

**Camfil**
**870 Elkton Drive**
**Suite 106**
**ATTN: Stacie Landrum**
**Colorado Springs, CO 80907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,022.64 |
|---|---|---|---|

**Central Steel Service, Inc.**
**2764 Welborn Street**
**Pelham, AL 35124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cincinnati Insurance Company**
**c/o Conner Lee Cantrell**
**4643 South Ulster Street**
**Regency Plaza One, Suite 1250**
**Denver, CO 80237-3334**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Claim arising under bond and general indemnity agreement_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Peak Custom Fabrication, Inc.** | | Case number (if known) | |
| | Name | | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.24 |
|---|---|---|---|
| | **Clearly Colorado** | ☐ Contingent | |
| | **P.O. Box 77156** | ☐ Unliquidated | |
| | **Colorado Springs, CO 80970** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $874.95 |
|---|---|---|---|
| | **Colorado Compressed Gases** | ☐ Contingent | |
| | **3975 Interpark Drive** | ☐ Unliquidated | |
| | **Colorado Springs, CO 80907** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,568.72 |
|---|---|---|---|
| | **Colorado Crane and Hoist Corp.** | ☐ Contingent | |
| | **4771 South Pierson Way** | ☐ Unliquidated | |
| | **Littleton, CO 80127** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,007.70 |
|---|---|---|---|
| | **Colorado Springs Utilities** | ☐ Contingent | |
| | **111 South Cascade Avenue** | ☐ Unliquidated | |
| | **Colorado Springs, CO 80903** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,103.00 |
|---|---|---|---|
| | **Colorado Steel, Inc.** | ☐ Contingent | |
| | **4836 Van Gordon Street** | ☐ Unliquidated | |
| | **Wheat Ridge, CO 80033** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,554.81 |
|---|---|---|---|
| | **Colorado Storage Systems** | ☐ Contingent | |
| | **5075 Vasquez Blvd.** | ☐ Unliquidated | |
| | **Denver, CO 80216** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189.87 |
|---|---|---|---|
| | **Comcast Business** | ☐ Contingent | |
| | **P.O. Box 79519** | ☐ Unliquidated | |
| | **Baltimore, MD 21279-1519** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Peak Custom Fabrication, Inc.**      Case number (*if known*) _____

    Name

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$350.00** |

**Conspire Before you Hire**
**1495 Garden of the Gods Road**
**Suite 102**
**Colorado Springs, CO 80907**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$15,432.48** |
|---|---|---|

**Copper State Bolt & Nut Co.**
**4910 Northpark Drive**
**Colorado Springs, CO 80918**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$1,774.48** |
|---|---|---|

**Crown Lift Trucks**
**44 South Washington Street**
**ATTN: Armando Barrios**
**New Bremen, OH 45869**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$169,404.45** |
|---|---|---|

**Cutting Edge Steel**
**101 Miller Drive**
**ATTN: Kelly Johnson**
**Dacono, CO 80514**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$9,370.00** |
|---|---|---|

**DGS Technical Services, Inc.**
**1875 Big Timber Road**
**Suite A**
**Elgin, IL 60123**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$17,415.88** |
|---|---|---|

**Drexel Supply Co.**
**10361 East 106th Avenue**
**Brighton, CO 80601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$58.72** |
|---|---|---|

**El Paso County Clerk and Recorder**
**1675 West Garden of the Gods Road**
**Colorado Springs, CO 80907**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Peak Custom Fabrication, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.29 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Elite Cranes, LLC**
**543 Struthers Ranch Road**
**Colorado Springs, CO 80921**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: **Notice Purposes Only**

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

3.30 **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    $103.13

**Erickson, Brown & Kloster, P.C.**
**4656 Hilton Parkway**
**Suite 101**
**Colorado Springs, CO 80907**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

3.31 **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    $253.10

**Express Tolls**
**22470 East Stephen D. Hogan Parkway**
**Suite 110**
**Aurora, CO 80018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

3.32 **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    $0.00

**Fabtech Consultant**
**A339**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

3.33 **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    $950.00

**Fabtech Consultant**
**A339**
**Sec 47**
**Noida (India)**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

3.34 **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    $215.06

**FedEx**
**942 South Shady Grove Road**
**Memphis, TN 38120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

3.35 **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    $6,097.94

**Foster Electric Corporation**
**1220 Valley Street**
**Colorado Springs, CO 80915**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Peak Custom Fabrication, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.36** | Nonpriority creditor's name and mailing address

**General Air Service and Supply**
**1105 Zuni Street**
**Denver, CO 80204**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$50,992.16**

---

**3.37** | Nonpriority creditor's name and mailing address

**Gerard Daniel Worldwide**
**34 Barnhart Drive**
**ATTN: Simon Fernandez/Davis & Jones**
**Hanover, PA 17331**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$20,259.19**

---

**3.38** | Nonpriority creditor's name and mailing address

**GFL Environmental**
**P.O. Box 77156**
**Colorado Springs, CO 80970**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$494.03**

---

**3.39** | Nonpriority creditor's name and mailing address

**Grating Pacific Southwest, LLC**
**8401 West Sherman Street**
**Tolleson, AZ 85353**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,499.00**

---

**3.40** | Nonpriority creditor's name and mailing address

**H&E Equipment Services**
**7500 Pecue Lane**
**Baton Rouge, LA 70809**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$51,399.13**

---

**3.41** | Nonpriority creditor's name and mailing address

**HCDA Engineering, Inc.**
**9 South Weber Street**
**Colorado Springs, CO 80903**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,400.00**

---

**3.42** | Nonpriority creditor's name and mailing address

**HD Supply**
**3400 Cumberland Blvd.**
**ATTN: Nicole DeBoe**
**Atlanta, GA 30339**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$845.55**

---

| Debtor | **Peak Custom Fabrication, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$770.00** |
|---|---|---|---|
| | **Healthquest Medical, Inc.** | ☐ Contingent | |
| | **1495 Garden of the Gods Road** | ☐ Unliquidated | |
| | **Colorado Springs, CO 80907** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$857.59** |
|---|---|---|---|
| | **High Country Staffing** | ☐ Contingent | |
| | **1221 South Clarkson Street** | ☐ Unliquidated | |
| | **Suite 316** | ☐ Disputed | |
| | **Denver, CO 80210** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,361.37** |
|---|---|---|---|
| | **Hilti, Inc.** | ☐ Contingent | |
| | **P.O. Box 650756** | ☐ Unliquidated | |
| | **Dallas, TX 75265** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,348.50** |
|---|---|---|---|
| | **Inspection Specialties, Inc.** | ☐ Contingent | |
| | **12445 East 39th Avenue** | ☐ Unliquidated | |
| | **Denver, CO 80239** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$395,635.00** |
|---|---|---|---|
| | **Integrity Bank and Trust** | ☐ Contingent | |
| | **1275 Village Ridge Point** | ☐ Unliquidated | |
| | **ATTN: Toby Roark** | ☐ Disputed | |
| | **Colorado Springs, CO 80132** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **PPP Loan** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$185,734.00** |
|---|---|---|---|
| | **Intsel Steel West** | ☐ Contingent | |
| | **8573 Ulster Street** | ☐ Unliquidated | |
| | **ATTN: Theresa Eloriaga** | ☐ Disputed | |
| | **Henderson, CO 80640** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Supplier** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,200.00** |
|---|---|---|---|
| | **L&CH Mobile Welding Services LLC** | ☐ Contingent | |
| | **5001 Jasper Street** | ☐ Unliquidated | |
| | **ATTN: Lupe Chacon** | ☐ Disputed | |
| | **Denver, CO 80239** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor __**Peak Custom Fabrication, Inc.**_____     Case number (if known) _____
　　　　　　Name

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $304.69 |
|---|---|---|---|

**Lightning Bolt, Inc.**
**3109 North Cascade Avenue**
**Suite 202**
**ATTN: Lisa Pike**
**Colorado Springs, CO 80907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $840.00 |
|---|---|---|---|

**Management Pursuuit, LLC**
**301 South Broadway**
**Turlock, CA 95380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $381.88 |
|---|---|---|---|

**McMaster-Carr**
**600 North County Line Road**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,737.50 |
|---|---|---|---|

**Metals Consulting Unlimited**
**21047 Wild Turkey Lane**
**Cedaredge, CO 81413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $384.00 |
|---|---|---|---|

**Mug A Bug, Inc.**
**7185 East U.S. Highway 24**
**Colorado Springs, CO 80915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,260.50 |
|---|---|---|---|

**Natina Products, LLC**
**1555 N V I P Blvd.**
**Casa Grande, AZ 85122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403,000.00 |
|---|---|---|---|

**Nicholas  and Anjanette Gomes**
**5458 E. County Road 1100N**
**Lamar, IN 47550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Loan to Company for Repayment of Integrity Bank__
__Loan__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Peak Custom Fabrication, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,300.00 |
|---|---|---|---|

**Platinum Powder Coating, Inc.**
2165 Janitell Road
Colorado Springs, CO 80906

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,333.88 |
|---|---|---|---|

**Platte Anchor Bolt**
4950 Jackson Street
Denver, CO 80216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151.00 |
|---|---|---|---|

**Precision Cut Sharpening**
18345 Countdown Drive
Peyton, CO 80831

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,900.00 |
|---|---|---|---|

**Proxedge, LLC**
4110 Center Pointe Drive
Suite 210
Fort Myers, FL 33916

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,088.17 |
|---|---|---|---|

**PRP Stainless**
1525A West Orange Grove Avenue
Orange, CA 92868

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,625.00 |
|---|---|---|---|

**Quality Steel Services, Inc.**
740 Cleveland Avenue
Suite A
Loveland, CO 80537

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $471.83 |
|---|---|---|---|

**Quartix, Inc.**
875 North Michigan Avenue
Chicago, IL 60610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Peak Custom Fabrication, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,300.00 |
|---|---|---|---|

**R & R Express**
**100 Commerce Drive**
**ATTN: Victoria Crawford**
**Pittsburgh, PA 15275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,947.50 |
|---|---|---|---|

**R & S Powder Coating LLC**
**1329 Paonia Street**
**Colorado Springs, CO 80915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,482.00 |
|---|---|---|---|

**Redd Iron Inc.**
**10421 East 106th Avenue**
**Brighton, CO 80601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,760.00 |
|---|---|---|---|

**Roy Manufacturing**
**3113 North Mississippi Avenue**
**Portland, OR 97227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,311.18 |
|---|---|---|---|

**Ryerson-West**
**6600 US 85**
**Commerce City, CO 80022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,446.48 |
|---|---|---|---|

**Samuel, Son & Co., Inc.**
**1900 Ironoak Way**
**ATTN: Barb Barry**
**Oakville, Ontario**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,760.00 |
|---|---|---|---|

**Schmueser & Associates**
**811 22 Road**
**ATTN: Jay Thompson**
**Grand Junction, CO 81505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Peak Custom Fabrication, Inc.** | | Case number *(if known)* | |
| | Name | | | |

---

**3.71** Nonpriority creditor's name and mailing address

**Shirt Shop**
**875 Ford Street**
**Colorado Springs, CO 80915**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.72** Nonpriority creditor's name and mailing address

**Sign Language Network**
**5440 Turquoise Drive**
**ATTN: Vanessa Emmons**
**Colorado Springs, CO 80918**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$116.00**

---

**3.73** Nonpriority creditor's name and mailing address

**Silverback Ironworks, LLC**
**P.O. Box 532**
**ATTN: Val Guereca**
**Erie, CO 80516**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$52,273.36**

---

**3.74** Nonpriority creditor's name and mailing address

**SNS Iron Works, Inc.**
**3770 Puritan Way**
**Suite B**
**ATTN: Marie Ferraro**
**Erie, CO 80516**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

**$310,753.00**

---

**3.75** Nonpriority creditor's name and mailing address

**Stepping Forward**
**P.O. Box 49432**
**Colorado Springs, CO 80949**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$140.00**

---

**3.76** Nonpriority creditor's name and mailing address

**Sterling Steel Services, Inc.**
**24400 East Alameda Avenue**
**Aurora, CO 80018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$58,658.46**

---

**3.77** Nonpriority creditor's name and mailing address

**Sunstate Equipment Co.**
**5552 East Washington Street**
**ATTN: J. Chubinsky**
**Phoenix, AZ 85034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$52,490.29**

---

Debtor   **Peak Custom Fabrication, Inc.**                                    Case number *(if known)*
_____
Name

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Superior Finish**
**3511 East St. Vrain Street**
**Colorado Springs, CO 80909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,032.00 |
|---|---|---|---|

**Swan Projects LLP**
**No. 41/28, 70 Feet Road**
**Jawahar Nagar, Chennai**
**ATTN: Krishnan**
**Tamil Nadu,, India**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**TSquare Drafting**
**P.O. Box 88219**
**Colorado Springs, CO 80908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,324.61 |
|---|---|---|---|

**United Reprographic Supply Inc.**
**7076 South Revere Parkway**
**Centennial, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,766.68 |
|---|---|---|---|

**Western Hardscape Supply, Inc.**
**1150 Newport Road**
**ATTN: Dena Smith**
**Colorado Springs, CO 80916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,666.52 |
|---|---|---|---|

**Western Steel, Inc.**
**1150 Newport Road**
**ATTN: Lisa Tisor**
**Colorado Springs, CO 80916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**Wheaton & Sprague Engineering, Inc.**
**1151 Campus Drive**
**Unit 100**
**Stow, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Peak Custom Fabrication, Inc.**                                    Case number (if known) _____

Name

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275,139.74 |
|------|---|---|---|

**Winslow Crane Service Co.**
**301 West 60th Place**
**ATTN: Nicole Boesch**
**Denver, CO 80216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cincinnati Insurance Company**<br>**6200 South Gilmore Road**<br>**Fairfield, OH 45014-5141** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Copper State Bolt & Nut Co.**<br>**4910 Northpark Drive**<br>**Colorado Springs, CO 80918** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Internal Revenue Service**<br>**Insolvency Unit**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202-3025** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Intsel Steel West**<br>**P.O. Box 301212**<br>**Dallas, TX 75303** | Line **3.48**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **McMaster-Carr**<br>**P.O. Box 4355**<br>**Chicago, IL 60680** | Line **3.52**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Office of the US Attorney**<br>**District of Colorado**<br>**1801 California Street, Suite 1600**<br>**Denver, CO 80202-2628** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,194,045.51 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,194,045.51 |

---

**Fill in this information to identify the case:**

Debtor name    **Peak Custom Fabrication, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Peak Custom Fabrication, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **3:10 Enterprises, LLC** | **155 Sutton Lane**<br>**Colorado Springs, CO 80907** | **Cincinnati Insurance Company** | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.2 | **Danick Enterprises, LLC** | **10440 Tomahawk Trail**<br>**Colorado Springs, CO 80908** | **Cincinnati Insurance Company** | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.3 | **Industrial Millwright Contractors, Inc.** | **155 Sutton Ln.**<br>**Colorado Springs, CO 80907** | **Cincinnati Insurance Company** | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.4 | **Nicholas and Anjanette Gomes** | **5458 E. County Road 1100N**<br>**Lamar, IN 47550** | **Cincinnati Insurance Company** | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Peak Custom Fabrication, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$7,183,814.72** |
   | **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$9,367,825.00** |
   | **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$6,239,310.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | | | | |

Debtor __Peak Custom Fabrication, Inc.__     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Westfield Insurance** | **August 2, 2021: $6,904.68 September 2, 2021: $3,899.96 October 1, 2021: $5,421.84** | **$16,226.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Erc** | **August 18, 2021: $34,145.46 August 5, 2021: $61,920.39** | **$96,065.85** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _**Payroll**_ |
| 3.3. **Gusto** | **September 10, 2021: $22,325.62 September 30, 2021: $10,225.87** | **$32,551.49** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **McNichols** | **August 27, 2021: $7,062.20 September 1, 2021: $3,621.20 September 16, 2021: $4,088.44 September 21, 2021: $2,334.94** | **$17,106.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Stearns Bank** | **August 13, 2021** | **$11,894.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Peak Custom Fabrication, Inc.**                                  Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.6.   **Reliance Metal Center** | **August 10, 2021: $16,141.40 August 20, 2021: $5,532.60 August 23, 2021: $1,163.25 August 23, 2021: $401.87 August 31, 2021: $3,060.51 September 8, 2021: $344.77 September 9, 2021: $5,690.56 September 30, 2021: $12,639.65 October 11, 2021: $2,664.36** | $47,638.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Nicholas Gomes 5458 E. County Road 1100N Lamar, IN 47550 Owner of Peak Custom Fabrication, Inc.** | **January 21, 2021** | $819.22 | **Expense Reimbursement** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor   **Peak Custom Fabrication, Inc.**                                            Case number *(if known)*

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Metals Consulting Unlimited v. Peak Custom Fabrication<br>2020S000286 | Collection | El Paso County Court | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | H&E Equipment Services<br>2021CV031620 | Collection | El Paso County District Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Western Steel, Inc. v. Peak Custom Fabrication<br>2021CV30894 | Collection | El Paso County District Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Cincinnati Insurance Company v. Peak Custom Fabrication, et al.<br>21-CV-01759-DDD-KMT | Contract | United States District Court for the District of Colorado | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Pikes Peak United Way<br>518 North Nevada<br>Colorado Springs, CO 80903 | Cash | October 27, 2020 | $1,000.00 |
| | Recipients relationship to debtor<br>None | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Peak Custom Fabrication, Inc.**                                    Case number *(if known)*

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.2. | **Randy Mansfield**<br>**17070 Sale Crest Road**<br>**Peyton, CO 80831** | **10 year anniversary** | **December 19, 2019** | **$1,000.00** |
| | Recipients relationship to debtor<br>**Employee** | | | |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kutner Brinen Dickey Riley, P.C.**<br>**1660 Lincoln Street**<br>**Suite 1720**<br>**Denver, CO 80264** | **April 8, 2021: $2,000**<br>**May 19, 2021: $16,738** | | **$18,738.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☐ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor   **Peak Custom Fabrication, Inc.**                                   Case number *(if known)* _____

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor     **Peak Custom Fabrication, Inc.**                                Case number *(if known)*

---

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

   | Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
   |---|---|---|---|
   | **Colorado Storage Systems<br>5075 Vasquel Blvd.<br>Denver, CO 80216** | **David Deese** | **Miscellaneous Items<br>Tools** | ☐ No<br>■ Yes |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

   | Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
   |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

   | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
   |---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

   | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
   |---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

Debtor   **Peak Custom Fabrication, Inc.**                                    Case number *(if known)*

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Cash Flow and Operations**<br>**4565 Hilton Parkway**<br>**Suite 201**<br>**ATTN: Dave Varnum**<br>**Colorado Springs, CO 80907** | **November 1, 2019 to Present** |
| 26a.2. **James F. Gaston**<br>**155 Sutton Lane**<br>**Colorado Springs, CO 80907** | **Employee/Accountant**<br>**February 23, 2021 - July 30, 2021** |
| 26a.3. **Morgan Tribizio**<br>**155 Sutton Lane**<br>**Colorado Springs, CO 80907** | **Employee/Accountant**<br>**February 23, 2021 - July 30, 2021** |
| 26a.4. **Machelle Kushnerick**<br>**2335 Stepping Stone Way**<br>**Colorado Springs, CO 80904** | **Former Employee**<br>**July 15, 2019 to February 19, 2021** |
| 26a.5. **Brian Enns**<br>**155 Sutton Lane**<br>**Colorado Springs, CO 80907** | **7/15/21 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Erickson, Brown & Kloster**<br>**4564 Hilton Parkway**<br>**ATTN: Jason Homec**<br>**Colorado Springs, CO 80907** | **Tax Preparer**<br>**2010 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Cash Flow & Operations**<br>**4564 Hilton Parkway, Suite 201**<br>**ATTN: Dave Varnum**<br>**Colorado Springs, CO 80907** | |
| 26c.2. **James F. Gaston**<br>**155 Sutton Lane**<br>**Colorado Springs, CO 80907** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **Peak Custom Fabrication, Inc.**                           Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3. **Morgan Tribizio**<br>**155 Sutton Lane**<br>**Colorado Springs, CO 80907** | |
| 26c.4. **Brian Enns**<br>**155 Sutton Lane**<br>**Colorado Springs, CO 80907** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Integrity Bank and Trust**<br>**13475 Voyager Parkway**<br>**Colorado Springs, CO 80921** |
| 26d.2. **ANB Bank**<br>**15 West Cimarron Street**<br>**Colorado Springs, CO 80903** |
| 26d.3. **Stearns Bank**<br>**500 13th Street**<br>**P.O. Box 750**<br>**Albany, MN 56307** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nick Gomes** | **5458 E. County Road 1100N**<br>**Lamar, IN 47550** | **Owner** | **100%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor   **Peak Custom Fabrication, Inc.**                                           Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Nick Gomes**<br>**5458 E. County Road 1100N**<br>**Lamar, IN 47550** | **$124,362.00** | **October 2020 to October 2021** | **Salary** |
| | **Relationship to debtor**<br>**Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 21, 2021**

**/s/ Nick Gomes**                                          **Nick Gomes**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
### District of Colorado

In re  **Peak Custom Fabrication, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Nicholas Gomes**<br>**5458 E. County Road 1100N**<br>**Lamar, IN 47550** | | **100% Equity Interest Holder** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 21, 2021**

Signature  **/s/ Nick Gomes**

**Nick Gomes**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Colorado

In re   **Peak Custom Fabrication, Inc.**                    Case No.

                                    Debtor(s)                 Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 21, 2021**                **/s/ Nick Gomes**

                                            **Nick Gomes**/CEO
                                            Signer/Title